IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 3:22-cv-41-DWD |
| | ) |
| USA AERO REFINISHING, | ) |
| | ) |
| Respondent. | ) |

## AMENDED MEMORANDUM & ORDER

**DUGAN, District Judge:**

The Court first entered this Memorandum & Order on March 18, 2022. Since then, counsel for Petitioner has brought to the Court's attention the correct spelling of Internal Revenue Officer Pamela Muller's name. The Court has also developed a conflict with the date previously set for Respondent to respond to the Internal Revenue Service ("IRS") summons and appear before this Court for a show cause hearing. Accordingly, the Court **AMENDS** its March 18, 2022, Memorandum & Order as follows.

Before the Court is Petitioner United States of America's petition to enforce a summons from the IRS on Respondent USA Aero Refinishing. (Doc. 1). The Court ordered Respondent to appear in person on March 17, 2022, and show cause why it should not be ordered to comply with the IRS summons. (Doc. 6). It was also ordered to bring the documents identified by the IRS summons. The order warned Respondent that a failure to comply with the order may subject it to sanctions for contempt of court. Internal Revenue Officer Pamela Muller personally served the order on Respondent on

February 18, 2022. (Doc. 7).

The docket reflects that no response or objection to the petition has been filed, nor has an entry of appearance been made on Respondent's behalf. The case was called for hearing on March 17, and the United States appeared through counsel. Respondent failed to appear. In fact, Respondent, despite being personally served with the order to show cause, has failed to respond or object to the petition in any way.

Upon reviewing the petition (Doc. 1) and support exhibits, the Court finds them to be in proper form according to 26 U.S.C. §§ 7602–7604. Considering the standard articulated in *United States v. Powell*, 379 U.S. 48 (1964), the Court finds Petitioner is entitled to an order enforcing the IRS summons served upon Respondent on February 22, 2021.

Accordingly, the petition to enforce the IRS summons is **GRANTED**. Respondent is ordered to appear at the United States Attorney's Office, 750 Missouri Avenue, 3rd Floor, East Saint Louis, Illinois, at **1:00 p.m.** on **May 24, 2022**, and to produce to Revenue Officer Elaine M. Olds the documents identified in the IRS summons previously served upon it.

In its previous order to show cause, the Court notified Respondent that a failure to comply with the order may subject it to sanctions for contempt of court. (Doc. 6 at 3). As noted above, Respondent was personally served with that order. It did not appear in person, nor did it file any response to the petition or summons as ordered. Accordingly, Respondent is **ORDERED TO SHOW CAUSE** why it should not be found in contempt for violating the January 25, 2022, Order (Doc. 6). Respondent is **ORDERED** to appear

before this Court at **1:30 p.m.** on **May 24, 2022**, following its appearance at the United States Attorney's Office as noted above, to show cause why it should not be found in contempt.

**Respondent is warned that its failure to comply with this order will subject it to sanctions for contempt of court, including imprisonment and/or fines**. It is further advised of its right to hire an attorney to represent it in this matter.

In accordance with Federal Rule of Civil Procedure 4.1(a), the United States Marshal or Revenue Officers Elaine M. Olds or Pamela Muller is appointed and directed to personally serve a copy of this Memorandum and Order on Respondent USA Aero Refinishing on or before **April 18, 2022**. Proof of service of this Memorandum and Order shall be filed with the Clerk as soon as possible after service is accomplished. In accordance with Federal Rule of Civil Procedure 4(h)(1)(B), the proof of service shall indicate the first and last name of the person served and attest that the person served is an agent or officer of USA Aero Refinishing. Out of an abundance of caution, the Clerk of Court is **DIRECTED** to mail a copy of this order to the recipient of the IRS summons: USA Aero Refinishing, 13444 Hanger Rd., Lawrenceville, IL 62439.

**SO ORDERED.**

Dated: March 21, 2022

/s *David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge