IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:22-cv-41-DWD |
| ) | |
| USA AERO REFINISHING, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

On January 7, 2022, Plaintiff United States of America filed a petition to enforce a summons from the IRS on Defendant USA Aero Refinishing. (Doc. 1). After Defendant failed to appear at a hearing held on March 17, 2022, the Court granted Plaintiff's petition to enforce the IRS summons. (Doc. 9). To that end, the Court ordered Defendant to appear at the United States Attorney's Office on May 24, 2022, and produce the documents identified in the IRS summons. The Court also ordered Defendant to appear at a hearing on May 24 and show cause why it should not be held in contempt for failing to appear at the first hearing.

At the May 24 hearing, counsel for the United States advised the Court that Defendant had appeared at the United States Attorney's Office and produced all of the documents identified in the IRS summons, and that the United States was satisfied with the completeness of the production. Accordingly, the Court finds that Defendant is now in compliance with its orders and does not find Defendant in contempt. As all matters

relating to the United States' petition have been satisfied, it is now appropriate to enter final judgment in favor of the United States. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff United States of America.

    **SO ORDERED.**

Dated: May 24, 2022

/s *David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge